WHITE, Respondent, v. CITY OF BROOKLYN, Appellant.

(City Court of Brooklyn, General Term.    August, 1892.)

Appeal from special term.
Action by Thomas White against the city of Brooklyn.
Argued before OSBORNE and VAN WYCK, JJ.

William T. Gilbert, for appellant.
William E. Osborn, for respondent.

PER CURIAM.   In a previous appeal in this action, a judgment which had been rendered in favor of the defendant was reversed by the court of appeals, and a new trial ordered.   Vide 122 N. Y. 53, 25 N. E. Rep. 243.   This new trial has been had, and judgment has been rendered in favor of the plaintiff in accordance with the law as laid down in the opinion of the court of appeals.   Appellant now appeals from the judgment so entered.   No points have been submitted on behalf of the city by the learned counsel for the appellant, and we are left entirely in the dark as to the grounds on which this appeal is based. A careful examination of the proceedings below discloses no error.   The judgment appealed from should be affirmed, with costs.

---

CONWAY, Respondent, v. PHOENIX MUT. INS. CO., Appellant.

(Supreme Court, General Term, Third Department.    May, 1893.)

Action by Anna V. Conway, as administratrix, etc., of William F. Conway, deceased, against the Phoenix Mutual Life Insurance Company.
Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.
Herrick & Bulkeley, for appellant.
Smith & Wellington, for respondent.
No opinion.   Judgment affirmed, with costs.